E. J. Wilmering, plaintiff in error, v. Robert Krieger and Alexander Suprun, defendants in error. Gen. No. 6,787.

Motion to set aside an execution levy and a certificate of redemption. Motion granted. Error to the Circuit Court of Peoria county; the Hon. Theodore N. Green, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded with directions. Opinion filed June 29, 1920.

A. Jacobson and E. J. Galbraith, for plaintiff in error. Charles A. Kimmel, for defendant in error Alexander Suprun.

Mr. Justice Heard delivered the opinion of the court.

---

Joseph Martindale, appellee, v. General Roofing Manufacturing Company, appellant. Gen. No. 6,795.

Action to recover for wages earned as a helper on a tar machine. Judgment for plaintiff. Appeal from the Circuit Court of LaSalle county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed June 29, 1920.

E. C. Van Hoorebeke and Kelly, Kelly & Kelly, for appellant. Lee O'Neil Browne, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Estella Grabill, administratrix of estate of Amos Morgan, deceased, appellee, v. Hajo H. Block, appellant. Gen. No. 6,801.

Action to recover for death resulting from collision between automobile and sled on which deceased was coasting. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed June 29, 1920. *Certiorari* denied by Supreme Court (making opinion final).

McRoberts & Morgan, for appellant. Mansfield & Cowan and S. F. McGrath, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Charles Bender Company, appellant, v. John Pacini, appellee. Gen. No. 6,816.

Suit in replevin for goods obtained through fraud and deceit. Judgment for defendant. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed June 29, 1920.

Cooke, Pope & Pope, for appellant. E. V. Orvis, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Kate Carroll, administratrix of estate of John Carroll, deceased, appellee, v. Patrick J. Galligan, appellant. Gen. No. 6,824.

Assumpsit for goods sold and delivered at auction. Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. Clinton F. Irwin, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed June 29, 1920.

Frank A. McCarthy, for appellant; N. B. Tyrrell, of counsel. R. S. Egan and E. C. Tobin, for appellee.

Mr. Justice Heard delivered the opinion of the court.